IN THE UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARK JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No. 3:09-CV-5067-JRC<br><br><br>ORDER AMENDING THE BRIEFING SCHEDULE |

Based upon the motion by Defendant, and without objection from the Plaintiff, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- the Defendant shall have up to and including August 10, 2009, to file Defendant's response to Plaintiff's Opening Brief; and
- Plaintiff shall have up to and including August 24, 2009, to file a Reply Brief; and
- the parties shall have up to and including August 31, 2009, to request oral argument.

DATED this 8th day of July 2009.

/s/ J. Richard Creatura

J. Richard Creatura
United States Magistrate Judge

Page 1    ORDER - [3:09-CV-5067-JRC]