UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARK JOHNSON,

          Plaintiff,

    v.

MICHAEL ASTRUE, Commissioner of Social Security,

          Defendant.

CASE NO. C09-5067JRC

ORDER

After reviewing the agreed motion to remand the matter to the administration (Doc. 18), it is hereby ORDERED that the above-captioned case be reversed and remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, including, but not limited to, the following actions: the administrative law judge (ALJ) will update the record regarding Plaintiff's impairments; the ALJ will evaluate Plaintiff's mental impairment using the special technique in 20 C.F.R. § 404.1520a; the ALJ will further evaluate the medical source opinions as well as the opinion of the medical expert John Lindberg, M.D.; the ALJ will reassess Plaintiff's residual functional capacity; the ALJ will reevaluate Plaintiff's subjective complaints;

and the ALJ will reevaluate with the assistance of a vocational expert, Plaintiff's ability to perform work related activities at steps four and five of the sequential evaluation process.

DATED this 28th day of August 2009.

J. Richard Creatura
United States Magistrate Judge