# United States District Court

WESTERN DISTRICT OF WASHINGTON

MARK JOHNSON

JUDGMENT IN A CIVIL CASE

v.

MICHAEL ASTRUE,
Commissioner of Social Security

CASE NUMBER: C09-5067JRC

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the above captioned case reversed and remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

| September 1, 2009 | BRUCE RIFKIN |
|---|---|
| | Clerk |
| | *s/CM Gonzalez* |
| | Deputy Clerk |