UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARK JOHNSON,<br><br>                Plaintiff,<br><br>      v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>                Defendant. | CASE NO. C09-5067JRC<br><br>ORDER GRANTING MOTION FOR ATTORNEY'S FEES AND EXPENSES |

This matter comes before the court on a stipulated motion for attorney's fees and other expenses under the Equal Access to Justice Act (Doc. 21).

Having reviewed the motion and the record, the court finds the motion is properly supported. It is hereby ordered that motion is GRANTED. Plaintiff is awarded attorney's fee, payable to Plaintiff's attorney, Corrie Yackulic, of $2,470.50 and expenses for messenger service and postage in the amount of $68.62, under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412; and costs for the filing fee and photocopies in the amount of $352.80, pursuant to 28 U.S.C. § 1920.

Dated this 21st day of September, 2009.

J. Richard Creatura
United States Magistrate Judge

ORDER - 1