# United States District Court

WESTERN DISTRICT OF WASHINGTON

Mark Johnson

JUDGMENT IN A CIVIL CASE

v.

Michael J. Astrue

CASE NUMBER: C09-5067JRC

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. Plaintiff is awarded attorney's fee, payable to Plaintiff's attorney, Corrie Yackulic, of $2,470.50 and expenses for messenger service and postage in the amount of $68.62, under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412; and costs for the filing fee and photocopies in the amount of $352.80, pursuant to 28 U.S.C. § 1920.


September 25, 2009                     BRUCE RIFKIN
                                          Clerk


                                   /s/ Jennie L. Patton
                                     By, Deputy Clerk